

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSEPH PATRICK FITZGERALD | ) | Case No. MJ 12-0007-C |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __late 2009 to Jaunary 27, 2012__ in the county of __Mobile__ in the __Southern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 2250(a) | Failure to register or update registration. |

This criminal complaint is based on these facts:
See Affidavit hereby incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Sean Carney, Sr.Inspector, Deputy USM
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/27/2012

_____
Judge's signature

City and state: Mobile, Alabama

William E. Cassady, U.S. MAGISTRATE JUDGE
Printed name and title



## AFFIDAVIT

I, Sean Carney, being duly sworn, hereby depose and say:

1. I make this affidavit in support of a criminal complaint for Joseph Patrick Fitzgerald for a violation of 18 U.S.C. § 2250(a) (failure to register as a sex offender). This affidavit is based on personal knowledge and facts made known to me in the course of the investigation; it does not include every fact discovered but merely states those necessary to support a finding of probable cause.

2. I am a Senior Inspector, Deputy United States Marshal employed by the United States Marshals Service. I have worked for the Marshals Service for eleven years, and I have seven years law enforcement experience prior to that. I am currently assigned as the Sex Offender Investigative Coordinator for the United States Marshals Service, Southern District of Alabama. In that capacity I investigate crimes involving convicted sex offenders, including failure-to-register offenses in violation of 18 U.S.C. § 2250(a).

3. On or about May 26, 1993, Joseph Patrick Fitzgerald was convicted of Rape in the First Degree in Mobile County, Alabama. The victim was a 13 year old girl. Upon service of his sentence, Fitzgerald was required to register as a convicted sex offender in the State of Alabama.

4. On December 2, 2011, I received information from Criminal Investigator Deputy United States Marshal Brian Lucio, Sex Offender Investigation Coordinator for the Middle District of Louisiana, regarding the status of Joseph Patrick Fitzgerald, a non-compliant sex offender.

Deputy Lucio received information from a commercial background investigation service advising him that a sex offender named Joseph Fitzgerald had applied for employment in Louisiana and did not appear to be registered in the state. A preliminary investigation by Lucio revealed that Fitzgerald had been released from the Alabama Department of Corrections on August 27, 2009 and was not currently registered in any jurisdiction in the United States.

5. Alabama Department of Correction records indicate that Fitzgerald intended to reside in Mobile, Alabama upon his release. There is no record of his registration in Alabama.

6. During the course of the investigation, information was developed to indicate that Fitzgerald was working in Louisiana during the second and third quarters of 2011. This time period would require that Fitzgerald register as a convicted sex offender in the State of Louisiana.

7. On January 26, 2011, Lucio discovered Fitzgerald employed at Plaquemine Point Shipyard in Plaquemine, Louisiana and arrested him for violating Louisiana's sex offender statutes. Lucio advised Fitzgerald of his *Miranda* Rights, which Fitzgerald waived. Fitzgerald stated after he was released from the Alabama Department of Corrections in 2009 he resided with his sister in Mobile, Alabama and did not register as required. Fitzgerald claimed he moved to Louisiana in April of 2011 to work and has lived there since. Fitzgerald acknowledged he was aware of his obligation to register as a convicted sex offender but did not as he was concerned it would limit his ability to get a job.

8. Based on the these facts, I believe there is probable cause Joseph Patrick Fitzgerald has committed a violation of 18 U.S.C. § 2250(a) for failing to register as a sex offender in the State of Alabama and the State of Louisiana, as required by the Sex Offender Registration and Notification Act.

Sean Carney
Senior Inspector, Deputy U.S. Marshal

Sworn to and subscribed before me
this 27 day of January, 2012.

WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE

3